United States District Court
Southern District of Texas
ENTERED

AUG 1 5 2013

David J. Bradley, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CRIMINAL NO. **B-13-397-01** |
| **Michael Vasquez** | § | |

## O R D E R

BE IT REMEMBERED on this _____*15th*_____ day of _____*August*_____, 2013, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed **July 26, 2013**, wherein the defendant **Michael Vasquez** waived appearance before this Court and appeared before the United States Magistrate Judge **Felix Recio** for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant **Michael Vasquez** to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted. The Court finds the Defendant **Michael Vasquez guilty of the offense of possession with intent to distribute a quantity more than 100 kilograms, that is, approximately 323.3 kilograms (711.26 pounds) of marihuana, in violation of 21 U.S.C. § 841(a)(1), 841 (b)(1)(B) and 18 U.S.C. § 2.**

SIGNED this the _____*15th*_____ day of _____*August*_____, 2013.

Hilda G. Tagle
Senior United States District Judge